WILLARD AMERMAN, as Receiver, etc., Respondent, v. HARRIS GOODMAN and Another, Appellants.— Motion granted, without costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.

WILLIAM F. BEBELL, Appellant, and HENRY W. HODGES, Respondent, v. JACOB M. EHRLICH and Others, Respondents.— Motion granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ. Order to be settled before Mr. Justice Mills.